IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-mc-00073-NYW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES,

    Defendant.

---

## ORDER

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Equal Employment Opportunity Commission and Defendant Dillon Companies' Stipulated Motion to Dismiss. [#7].

    IT IS ORDERED that:

    (1) The Stipulated Motion to Dismiss [#7] is GRANTED; and

    (2) Each party will bear its own costs and fees.

DATED: February 19, 2015        BY THE COURT:

                                                        s/ Nina Y. Wang
                                                        Nina Y. Wang
                                                        United States Magistrate Judge